**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEONORA and SEMEN ABRAMIAN, | Case No. ED CV 25-3080-DMG (SPX) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE [53]** |
| PAM BONDI, et al., | Agency Case Nos.:  A070-947-921 |
| | A070-947-920 |
| Defendants. | |

The Court, having considered the parties' Stipulation of Dismissal, and good cause appearing,

IT IS HEREBY ORDERED that all remaining claims and causes of action in this case are dismissed without prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

DATED:  May 4, 2026

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

-1-